**IT IS ORDERED as set forth below:**



**Date: March 19, 2018**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>LEGURTHA BAILEY RILEY,<br>        Debtor.<br><br>WELLS FARGO BANK, N.A.,<br>        Movant,<br><br>v.<br><br>LEGURTHA BAILEY RILEY ,Debtor<br>MELISSA J. DAVEY, Trustee,<br>        Respondent(s). | CASE NO. 17-68950-pmb<br><br>CHAPTER: 13<br><br>JUDGE: HONORABLE PAUL BAISIER<br><br><br><br>CONTESTED MATTER |

<u>CONSENT ORDER ON MOTION FOR RELIEF FROM STAY (#24)</u>

The above styled Motion filed January 24, 2018, (Docket No. 24) having been scheduled for a hearing before the Court on February 22, 2018, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

THE PARTIES AGREE that the post-petition arrearage through February 1, 2018, totals $2,130.36, including three (3) payments of $710.12 each.

This arrearage shall be paid as follows:

Debtor shall receive credit of $289.88. Debtor agrees to pay the sum of $1,840.48 instanter. Beginning March 1, 2018, Debtor shall resume timely remittance of the regular monthly mortgage payments.  Payments should be sent to:

>  Wells Fargo Home Mortgage
>  Attn: Bankruptcy Payment Processing
>  P.O. Box 14507
>  Des Moines, IA 50306

or to such address as may be designated.

IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 2553 Brookgate Crossing, Ellenwood, Georgia 30294 is **DENIED**, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter. It is

FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents for a period of six (6) months from the date of entry of this order,  then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order modifying the automatic stay, without further notice or hearing. It is

FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived. It is

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate.

[END OF DOCUMENT]

CONSENTED TO BY:

/s/ *Andrew H. McCullen*
Andrew H. McCullen, Bar No.: 872658
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: AMccullen@aldridgepite.com


/s/ Darren Hojnacki                                         with express permission
Darren Hojnacki, Bar No. 17-68950
Attorney for Debtor(s)
2859 Paces Ferry Rd, SE
Atlanta, GA 30339
Phone: 678-732-0001
Email: se@myatllaw.com

NO OPPOSITION:

/s/ Jason L.Rogers                              with express permission
Jason L. Rogers, Bar No. 142575
Attorney for Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303
Phone:  678-510-1444

DISTRIBUTION LIST

Legurtha Bailey Riley
2553 Brookgate Crossing
Ellenwood, GA 30294


Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339


Melissa J. Davey
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303


Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E.,
Suite 500
Atlanta, GA 30305